AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

BALUMA SA. d/b/a ENJOY PUNTA DEL ESTE & CASINO,
        Plaintiff,
    v.

VLADISLAV DAVYDOV,

        Defendant.

JUDGMENT For ATTORNEY FEES IN A CIVIL CASE

Case Number: 2:20-cv-01552-KJD-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment entered for Plaintiff and against Defendant in the amount of $58,946.41, the total of the attorney's fees, costs and interest.

March 20, 2023
Date

DEBRA K. KEMPI
Clerk

/s/ T. Wallace
Deputy Clerk